(110 So. 921)

Fred JOHNSON v. STATE. (1 Div. 682.) (Court of Appeals of Alabama. Nov. 16, 1926.) Appeal from Circuit Court, Mobile County; J. W. Goldsby, Judge.

BRICKEN, P. J. This appellant, defendant below, was indicted, tried, and convicted for the offense of crime against nature. From the judgment of conviction he appealed to this court. There is no bill of exceptions, the appeal being upon the record proper. The record has been examined, and is regular in all things. No error being apparent thereon, the judgment of the circuit court, from which this appeal was taken, will stand affirmed. Affirmed.

---

(110 So. 921)

Herbert JOHNSON, alias, v. STATE. (6 Div. 955.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(110 So 922)

Morgan JOHNSON v. STATE. (4 Div. 76.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge.

BRICKEN, P. J. Upon an indictment charging the defendant with a violation of the prohibition law, he was convicted as charged, and the jury assessed a fine of $250, for which the defendant and sureties confessed judgment. The court added six months' hard labor for the county, and appellant was duly sentenced accordingly. From the judgment of conviction he appealed. The appeal here is upon the record proper, there being no bill of exceptions. Upon examination, the record is found to be regular in all things. No error being apparent on the record, the judgment of conviction appealed from is affirmed. Affirmed.

---

(110 So. 922)

Elijah L. JONES v. CITY OF TUSCALOOSA. (6 Div. 50.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Affirmed.

---

(110 So. 922)

Elijah L. JONES v. CITY OF TUSCALOOSA. (6 Div. 51.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

SAMFORD, J. Appeal dismissed.

---

(110 So. 922)

Elijah L. JONES v. CITY OF TUSCALOOSA. (6 Div. 52.) (Court of Appeals of Alabama.

Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Affirmed.

---

(109 So. 925)

Woody W. JONES v. STATE. (6 Div. 60.) (Court of Appeals of Alabama. Aug. 31, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed, on motion of appellant.

---

(110 So. 922)

Wiley JONES v. STATE. (5 Div. 636.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. Possessing prohibited liquors. J. B. Atkinson, of Clanton, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. It would serve no good purpose to set out the evidence in this case. Suffice it to say we have carefully read the testimony as set out in the record, and find that the defendant should have been given the affirmative charge. Thomas v. State, 20 Ala. App. 640, 104 So. 687; Bush v. State, 20 Ala. App. 486, 103 So. 91; Ammons v. State, 20 Ala. App. 283, 101 So. 511. The judgment is reversed, and the cause is remanded. Reversed and remanded.

---

(106 So. 919)

Hamp H. JORDAN v. STATE. (4 Div. 33.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed.

---

(106 So. 919)

Walter JORDAN v. STATE. (7 Div. 180.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Cherokee County; W. W. Haralson, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.